IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE SEGUNDO LALA-CASTRO<br><br>Petitioner,<br><br>vs.<br><br>LEONARD ODDO, Warden, et al.<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 3:26-cv-01970-MJH |

**ORDER**

Petitioner's Motion for Temporary Restraining Order is DENIED. Among other things, Petitioner seeks to enjoin transfer outside of the Western District of Pennsylvania. ECF No. 2, at 17. This Court lacks authority to grant the requested relief, as the places of detention, and timing of movement, for aliens pending removal is left to the discretion of the Attorney General. 8 U.S.C. § 1231(g)(1). *See also Sinclair v. Atty Gen.*, 198 F. Appx 222 n.3 (3d Cir. 2006). Congress has "limited federal district courts' jurisdiction to review decisions or actions made pursuant to the sound discretion of DHS officials[.]" *Jane v. Rodriguez*, No. CV 20-5922 (ES), 2020 WL 10140953, at *1 (D.N.J. May 22, 2020). 8 U.S.C. § 1252(a)(1)(B)(ii) provides that "no court shall have jurisdiction to review any decision or action of the Attorney General or the Secretary of Homeland Security the authority for which is specified under this subchapter to be in the discretion of the Attorney General or the Secretary of Homeland Security...." In *Khalil v. President, United States*, No. 25-2162, 2026 WL 111933, at *1 (3d Cir. Jan. 15, 2026), the Third Circuit held that the District Court lacks jurisdiction over any action or proceedings brought to remove an alien from the United States. Therefore, because the Court lacks jurisdiction to enjoin both transfer and removal proceedings, Petitioner's TRO is DENIED.

Petitioner also requests a temporary restraining order in the form of expediting the usual process of resolving a habeas petition and he requests other relief to be granted in his favor prior to a resolution on the merits. *See* ECF No. 2, at 16-17. The Court denies the TRO as to such requested relief .

Finally, Petitioner has filed a Motion to Show Cause in which he requests expedited review of his Petition. ECF No. 3. Said Motion is DENIED as the relief requested is either outside the jurisdiction of this Court or involve expediting the briefing process which the Court declines to do.

BY THE COURT:

DATED: October 15, 2026

Marilyn J. Horan
United States District Judge

JOSE SEGUNDO LALA-CASTRO
A222578371
MOSHANNON VALLEY PROCESSING CENTER
LEGAL MAIL - Open in Presence of Detainee
555 GEO DRIVE
PHILIPSBURG, PA 16866