**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSE SEGUNDO LALA-CASTRO, | ) | |
| | ) | |
| Plaintiff, | ) | 3:26-CV-1970-MJH |
| | ) | |
| vs. | ) | |
| | ) | |
| LEONARD ODDO, Warden, et al., | ) | |
| | ) | |
| Respondents, | ) | |

**ORDER**

Respondents have filed a Response to the Petition for Writ of Habeas Corpus representing that Petitioner has had a bond hearing before an Immigration Judge on August 31, 2026. ECF No. 87. Petitioner was denied bond and he appealed that decision to the Board of Immigration Appeals. Petitioner's request for a Writ of Habeas Corpus (ECF No. 1) must therefore be dismissed as moot.

Accordingly, IT IS HEREBY ORDERED that the petition is dismissed, without prejudice, as moot. The Clerk of Court is directed to mark this case as closed.

BY THE COURT:

DATED: October 26, 2026

_*s/Marilyn J. Horan*_
Marilyn J. Horan
United States District Judge

JOSE SEGUNDO LALA-CASTRO
A222578371
MOSHANNON VALLEY PROCESSING CENTER
LEGAL MAIL - Open in Presence of Detainee
555 GEO DRIVE
PHILIPSBURG, PA 16866